**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 24-6574**

───────────

RAY CLARENCE ROGERS,

        Plaintiff - Appellant,

    v.

DONALD WENK; ERIC EDWARDS; NATHANIEL BROTHERS; JOSH CRANFORD; JONATHAN HART,

        Defendants - Appellees,

    and

NEW HANOVER COUNTY; SHERIFF EDWARD MCMAHON; M. MARKLEY; J. VAZQUEZ; NEW HANOVER COUNTY BOARD OF COMMISSIONERS; S. LEONARD,

        Defendants.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:20-ct-03013-BO)

───────────

Submitted:  March 11, 2025                                        Decided:  March 13, 2025

───────────

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Ray Clarence Rogers, Appellant Pro Se.  Ryan David Eubanks, SUMRELL SUGG, PA, New Bern, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ray Clarence Rogers seeks to appeal the district court's orders denying his motions seeking the appointment of counsel, to order subpoenas, to reconsider denying subpoenas, to give leave to file a third amended complaint, and for recusal of the district court judge. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Rogers seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny Rogers's motions to appoint counsel, deny as moot Roger's second motion for leave to proceed in forma pauperis, grant Defendants' motion, and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*